| | | | | |
|---|---|---|---|---|
| **Ruth Ann Hohl Law Office** | | Bill To | | **Invoice #** |
| P.O. Box 109 | | Poling, Rhonda 3276 Karl Rd. Columbus, OH 43224 | | 696 |
| New Albany, Ohio 43054 | | | | Date |
| Phone # | (614) 775-0296 | | | 7/24/2017 |
| Fax # | (614) 775-6192 | | | |
| rhohl3103@wowway.com | | | | |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Time A | 3 | 2-10-17 Meeting with client to discuss financial problems and bankruptcy options. | 275.00 | 825.00 |
| Time A | 3.2 | 2-13-17 Prepared draft of bankruptcy schedules. | 275.00 | 880.00 |
| Time A | 0.5 | 2-13-17 Reviewed client's income documents for means test analysis. | 275.00 | 137.50 |
| Time A | 0.2 | 2-13-17 E-mail to client requesting update of information requested. | 275.00 | 55.00 |
| Time A | 0.3 | 2-27-17 Telephone conference with client regarding status of information and documents still needed to file case. | 275.00 | 82.50 |
| Time A | 0.2 | 2-28-17 Follow up e-mail to client regarding list of information still needed and approach to case. | 275.00 | 55.00 |
| Time A | 0.4 | 3-6-17 Reviewed client information and updated draft of schedules (.3). E-mail to client with revised "to do" list (.1). | 275.00 | 110.00 |
| Time A | 1.2 | 3-20-17 Reviewed and revised draft of bankruptcy schedules (.5). E-mail to client regarding review of draft with instructions and advice (.7). | 275.00 | 330.00 |
| Time A | 0.5 | 2-21-17 Telephone conference with client regarding plan payment amount and approach to case. | 275.00 | 137.50 |
| Time A | 0.4 | 2-29-17 Reviewed and revised chapter 13 schedules and plan per client's e-mailed changes. | 275.00 | 110.00 |
| Time A | 0.9 | 3-29-17 Prepared chapter 13 plan (.5). Ran plan through software for length and feasibility (.4). | 275.00 | 247.50 |
| Time A | 1.5 | 3-29-17 Prepared for and attended signing meeting. | 275.00 | 412.50 |
| Time A | 0.2 | 3-30-17 Prepared wage order. | 275.00 | 55.00 |
| Time A | 0.4 | 3-30-17 Prepared two Notices of Stay in Municipal Court lawsuits. | 275.00 | 110.00 |
| Fax | 6 | | 2.00 | 12.00 |
| Copies | 10 | | 0.25 | 2.50 |
| Postage | 2 | | 0.49 | 0.98 |
| Time A | 0.2 | 3-30-17 Letter to client regarding case filing with instructions. | 275.00 | 55.00 |
| Time A | 0.3 | 4-3-17 Letter to client with date and time of 341 meeting with instructions. | 275.00 | 82.50 |
| Time A | 0.3 | 4-3-17 Reviewed tax and income information to be sent to trustee. | 275.00 | 82.50 |
| Time A | 0.1 | 4-17-17 Telephone call from Rhonda regarding 2011 tax returns and letter from the IRS. | 275.00 | 27.50 |
| Time A | 1 | 5-10-17 Traveled to and attended creditor's meeting. | 275.00 | 275.00 |
| Parking | 1 | | 8.00 | 8.00 |
| Time A | 0.2 | 5-31-17 Letter to client enclosing order confirming plan and explaining its terms. | 275.00 | 55.00 |
| Time A | 0.3 | 7-24-17 Conducted preliminary review of claims. | 275.00 | 82.50 |
| Copies | 33 | | 0.25 | 8.25 |
| Time A | 0.3 | 7-24-17 Prepared application for additional fees. | 275.00 | 82.50 |

**Total** $4,321.73

**Payments/Credits** $ 3,500.00

**Balance Due** $ 821.73